IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HEAVEN WHITE, Individually and on   *
Behalf of her three minor children,
et al.   *

   Plaintiffs   *   Civil Action No.: 1:19-cv-01442-CCB

 v.   *

THE CITY OF ANNAPOLIS, et al.   *

   Defendants   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ENTRY OF APPEARANCE**

Dear Mr./Ms. Clerk:

Please enter the appearance of MICHAEL B. RYND, keeping the appearance of KARPINSKI, COLARESI & KARP, P.A., as additional counsel for the CITY OF ANNAPOLIS and MAYOR GAVIN BUCKLEY, some of the Defendants.

      KARPINSKI, COLARESI & KARP, P.A.

     By:   /s/ Michael B. Rynd
      Michael B. Rynd, #28765
      120 East Baltimore Street
      Suite 1850
      Baltimore, Maryland 21202-1617
      410-727-5000
      Fax 410-727-0861
      mrynd@bkcklaw.com
      *Attorneys for Defendants City of Annapolis and Mayor Gavin Buckley*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2020, a copy of the foregoing was electronically filed, with notice to:

P. Joseph Donahue, Esquire
Wise & Donahue, P.C.
18 West Street
Annapolis, Maryland 21401

Kathleen M. Hughes, Esquire
Lisa M. Sarro, Esquire
Maryland Legal Aid
Anne Arundel County Office
P.O. Box 907
Annapolis, Maryland 21404
*Attorneys for Plaintiffs*

                                                  /s/ Michael B. Rynd
                                                  Michael B. Rynd
                                                  *Counsel for Defendants City of Annapolis*
                                                  *and Mayor Gavin Buckley*