IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HEAVEN WHITE, Individually and on Behalf of her three minor children, et al. | * | |
| | * | |
| Plaintiffs | * | Civil Action No.: 1:19-cv-01442-CCB |
| v. | * | |
| THE CITY OF ANNAPOLIS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE</u>**

Effective July 1, 2020, undersigned counsel's firm's name will change to Karpinski, Cornbrooks & Karp, P.A. The firm's address and contact information remain the same.

                                                Karpinski, Cornbrooks & Karp, P.A.

By:     /s/ E. I. Cornbrooks, IV
          E. I. Cornbrooks, IV, #28296

            /s/ Michael B. Rynd
      Michael B. Rynd, #28765
      120 East Baltimore Street
      Suite 1850
      Baltimore, Maryland 21202-1617
      410-727-5000
      Fax 410-727-0861
      scornbrooks@bkcklaw.com
      mrynd@bkcklaw.com
      *Attorneys for Defendants City of Annapolis and Mayor Gavin Buckley*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2020, a copy of the foregoing Line was electronically filed, with notice to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401

Kathleen M. Hughes, Esquire
Lisa M. Sarro, Esquire
Maryland Legal Aid
Anne Arundel County Office
P.O. Box 907
Annapolis, Maryland 21404
*Attorneys for Plaintiffs*


           /s/ E. I. Cornbrooks, IV
E. I. Cornbrooks, IV
*Counsel for Defendants City of Annapolis
and Mayor Gavin Buckley*