UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov

July 27, 2020

TO: ALL COUNSEL OF RECORD

    Re:  White et al v. City of Annapolis, *et al*,
         Civil Action No. CCB-19-1442

Dear Counsel:

    This is to confirm that the settlement conference in the above case is hereby rescheduled to **Monday, August 24, 2020,** at **10:00 a.m.**  The settlement conference will be held in **chambers 3A**, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

    While this settlement conference is currently scheduled as an in-person conference in the Courthouse, given COVID19 public health and consequent Standing Orders of the Court, it may be that the conference will not be able to be held in person.  The Court will review the status of the public health situation and the Standing Orders closer to the date of the settlement conference and may conduct the conference on a remote platform.

    Counsel should submit a status of the ongoing settlement negotiations on **Thursday, August 17, 2020.**

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                 Sincerely yours,

                                 /s/

                               Susan K. Gauvey
                               United States Magistrate Judge

cc: Honorable Catherine C. Blake
    Court and Chambers File