**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

September 8, 2020

MEMORANDUM TO COUNSEL

Re:   *Heaven White, et al. v. City of Annapolis, et al.*
      Civil No. CCB-19-1442

Dear Counsel:

   It is my understanding that the parties are working toward a resolution of this case. Accordingly, the motion for reconsideration (ECF 37) is Denied without prejudice to renewal should that become necessary.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge