EXHIBIT B

FILED UNDER SEAL

(Placeholder)