

Patrick M. Donahue (DC & MD)
Stephanie Donahue (MD, PA)
P. Joseph Donahue (DC & MD)
Thomas Peter Donahue (MD)

Of Counsel
Maureen Costigan (DC, MD & NJ)
Lisa M. Sarro (MD & CA)

# THE DONAHUE LAW FIRM
### Attorneys at Law

pjd@thedonahuelawfirm.com

December 7, 2020

**VIA ELECTRONIC FILING ONLY**

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      **RE:**    **Requested Status**
                 *White et al v. City of Annapolis, et al.*
                 Case No 1:19-cv-01442-CCB

Dear Judge Blake:

      The parties in the above-captioned matter continue to finalize the agreements reached in principle during the two-day mediation before the Honorable Susan K. Gauvey in August.

      Joint filings with the Court on December 3, 2020, filed by attorneys for the City and Plaintiffs, seek entry of the agreed upon Consent Decree between Plaintiffs and the City of Annapolis. Upon acceptance by the Court, these parties stand ready to finalize their respective obligations pursuant to the terms of the Consent Decree.

      Regarding the Consent Decree between Plaintiffs and the Housing Authority of the City of Annapolis ("HACA"), the parties are, unfortunately, at the mercy of the U.S. Department of Housing and Urban Development ("HUD"). As HACA is required to do, after the principle agreement was reached in August, HACA submitted the Consent Decree to HUD for its approval. Ms. Riley, attorney for HACA, has made a number of inquiries, but can confirm only that the document is moving through the required channels. However, we have been advised by Ms. Riley that neither she nor the Executive Director of HACA has any ability to

18 West Street
Annapolis, Maryland 21401

(410) 280-2023
(301) 261-1199
Fax (410) 280-0905

thedonahuelawfirm.com

Status Update to the Court  
December 7, 2020  
Page 2

The Donahue Law Firm, LLC  
Attorneys at Law

prompt HUD to move along any faster or for that matter to get any other update or information on how long the approval process will take. As soon as this status changes, the parties will update the Court immediately.

    I have conferred with counsel for the City and HACA, and they have agreed to this recitation of the current status.

Sincerely,

P. Joseph Donahue

CC:    All Counsel of Record