# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Baltimore Division**

| | |
|---|---|
| **Heaven White**, *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 1:19-cv-01442-CCB** |
| **The City of Annapolis by and through the City Council**, *et al.*, | |
| **Defendants.** | |

## ORDER

Upon consideration of Plaintiffs' and Defendant City of Annapolis' Joint Motion to Approve and Enter Consent Decree, the proposed Consent Decree (ECF 69-1), and Supplement No. 1 Addressing Paragraph 36 (ECF 76), it is this _____ day of _____ 2021 hereby

**ORDERED** that the proposed Consent Decree (ECF 69-1), with the addition thereto of Supplement No. 1 Addressing Paragraph 36 (ECF 76), is hereby **APPROVED** and **ENTERED** as the Order of this Court, effective on the date of this Order.

_____
**The Honorable Catherine C. Blake of the**
**U.S. District Court**
**District of Maryland**