# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HEAVEN WHITE,** *et al.*, | * |
| Plaintiffs, | * |
| | *   Civil Action No.: 1:19-cv-01442-CCB |
| v. | * |
| **THE CITY OF ANNAPOLIS,** et al., | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST ANNUAL CONSENT DECREE COMPLIANCE REPORT

 Defendant City of Annapolis, by and through its counsel, D. Michael Lyles, City Attorney and Joel Braithwaite, Assistant City Attorney and the City of Annapolis Office of Law, hereby submit the attached report.

 Dated: February 1, 2021

              **CITY OF ANNAPOLIS**
              **OFFICE OF LAW**

         By:    /s/   
           D. Michael Lyles, City Attorney #13120
           160 Duke of Gloucester St.
           Annapolis, MD 21401
           (410)-263-7954
           (410)-268-3916
           dmlyles@annapolis.gov

         By:    /s/   
           Joel Braithwaite, Assistant City Attorney #28081
           160 Duke of Gloucester St.

Annapolis, MD 21401<br>
(410)-263-7954<br>
(410)-268-3916<br>
jabraithwaite@annapolis.gov

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on the 1st of February, 2021, a true and correct copy of the foregoing First Annual Consent Decree Compliance Report was electronically filed, using the Court's CM/ECF system, which caused a copy of this report to be served upon Counsel of Record:

P. Joseph Donahue, Esquire
Lisa M. Sarro, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com
lmsarro@thedonahuelawfirm.com

Kathleen M. Hughes, Esquire
Amy B. Siegel, Esquire
Maryland Legal Aid –
Anne Arundel County Office
P.O. Box 907
Annapolis, Maryland  21404
khughes@mdlab.org
asiegel@mdlab.org
*Attorneys for Plaintiffs*

Carrie Blackburn Riley, Esquire
Blackburn Riley, LLC
222 Courthouse Ct.
Baltimore, Maryland 21204
cbr@blackburnriley.com
*Attorneys for Housing Authority of*
 *The City of Annapolis*

_____/S/_____<br>
D. Michael Lyles<br>
<i>Counsel for Defendant City of Annapolis</i>