IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HEAVEN WHITE, et al. | * | |
| | * | Civil Action No. CCB-19-1442 |
| v. | * | |
| | * | |
| CITY OF ANNAPOLIS, et al. | * | |

**ORDER**

In reviewing the record, the court notes that the consent decree resolving this case has been approved and entered (ECFs 97,98). Accordingly, it is hereby further Ordered that:

1. The Clerk shall CLOSE this case; and

2. The court retains jurisdiction to enforce the terms of the Consent Decree.

<table>
<tr><td>12/10/21<br>Date</td><td>/S/<br>Catherine C. Blake<br>United States District Judge</td></tr>
</table>